ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL VII

| | | |
|---|---|---|
| PASCUAL A. OQUENDO VENDRELL, WANDA I. OQUENDO TORRES, SU ESPOSO RICARDO TORRES RIVERA Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA ENTRE AMBOS; KARIMAR TORRES OQUENDO; KEVIN R. TORRES OQUENDO Peticionarios | | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce |
| v. | KLCE202300400 | Civil Número: J DP2015-0499 |
| HOSPITAL DE DAMAS, CONTINENTAL INSURANCE, CO.; JOHN DOE; DR. EDUARDO AMY TORRES TORRES Y SU ESPOSA Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; SU ASEGURADORA PUERTO RICO MEDICAL DEFENSE INSURANCE COMPANY; DR. RICARDO F. BLONDET VISSEPO, SU ESPOSA MICHELLE BLONDET Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; SIMED COMO COMPAÑÍA ASEGURADORA Y PASCUAL ALBERTO OQUENDO TORRES Recurridos | | Sobre: Daños y Perjuicios Impericia Profesional |

Panel integrado por su presidenta, la Jueza Ortiz Flores, la Jueza Romero García y el Juez Rivera Torres

Ortiz Flores, Juez Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 28 de abril de 2023.

Comparece Pascual A. Oquendo Vendrell (Sr. Oquendo; peticionario), ante este Tribunal de Apelaciones, mediante un recurso de *certiorari* presentado el 13 de abril de 2023. El peticionario recurre de una *Resolución*, emitida el 10 de marzo de 2023 y notificada el 13 de marzo de 2023 por el Tribunal de Primera Instancia, Sala Superior de Ponce

Número Identificador
RES2023_____

(TPI).[1] Mediante esta, el TPI declaró **Ha Lugar** la *Moción sometiendo evidencia de muerte del perito Dr. Luis Báez y Solicitud de notificar nuevo perito* que fue presentada por la parte recurrida (Dr. Blondet; parte demandada) y dispuso lo siguiente:

> La parte demandada tendrá **un término de 45 días** para contratar nuevo perito y rendir el informe pericial. El nuevo perito **no puede cambiar la teoría pericial** con la que se basó la defensa de la parte demanda a la causa de acción de impericia médica. Su informe deberá tener bases similares a la del Dr. Luis Báez Díaz, opinión pericial base de la defensa causa de acción de la parte demandada ante la consideración del Tribunal.

> La parte demandante tendrá un término de **45 días** para deponer al nuevo perito de la parte demandada de entenderlo.

> Se mantiene el señalamiento de Juicio en su Fondo señala parar los días **11 al 15 de septiembre de 2023**.[2]

Evaluado detenidamente el *Recurso de Certiorari* así como los documentos adjuntados al mismo, la *Oposición a expedición de certiorari*, y la resolución recurrida, este Tribunal concluye que la parte peticionaria no nos persuadió de que el foro primario hubiese cometido error alguno, que justifique nuestra intervención en esta etapa de los procedimientos. En su consecuencia, este Tribunal **deniega la expedición del auto** de *certiorari*.

**Notifíquese inmediatamente**.

Lo acordó el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Apéndice del recurso págs. 1-13.
[2] Apéndice del recurso págs. 13-14.